NEW YORK ELEVATOR SUPPLY AND REPAIR COMPANY, Appellant, *v.* S. PARKER BREMER et al., as Trustees under the Will of JOHN L. BREMER, Deceased, Respondents, Impleaded with Others.

*N. Y. Elevator Supply Co.* v. *Bremer,* 74 App. Div. 400, affirmed.
(Argued June 10, 1903; decided June 25, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 18, 1902, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury and an order denying a motion for a new trial.

*Alexander S. Bacon* and *William H. Janes* for appellant.

*Henry W. Hardon* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

---

OLIVER L. JONES, Appellant, *v.* JOSEPH F. DALY et al., as Executors of AUGUSTIN DALY, Deceased, Respondents.

*Jones* v. *Daly,* 73 App. Div. 220, affirmed.
(Argued June 10, 1903; decided June 25, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 25, 1902, affirming a judgment in favor of defendants entered upon a verdict and an order denying a motion for a new trial.

*J. Langdon Ward* and *James P. Albright* for appellant.

*Stephen H. Olin* and *Edward H. Daly* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.